TIMOTHY J. WALSH (SBN 69509 )
ATTORNEY AT LAW
1319 TRAVIS BLVD
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PAUL MERRICK | ) Case No: 10-26085 |
| | ) MOTION TO COMPEL ABANDONMENT |
| FELICIA MERRICK | ) OF BUSINESS ASSETS |
| | ) TJW-1 |
| Debtor. | ) DATE: APRIL 13, 2010 |
| | ) TIME: 9:30 AM |
| | ) DEPT C |
| | ) COURTROOM 35 |
| | JUDGE CHRISTOPHER M. KLEIN |
| | 11USC554 |

DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON ASSETS OF BUSINESS, TO WIT: "PAUL MERRICK CONSTRUCTION, A SOLE PROPRIETORSHIP

Debtors hereby move the Court for an order to compel the trustee to abandon the assets of property of the estate, to wit: business and assets of the same known as "PAUL MERRICK CONSTRUCTON a sole proprietorship.

The business is the sole proprietorship of the debtor and consists of contracting for building remodeling. The business is conducted from the debtor's home. Debtor has been in business for 18years. Debtor does not carry accounts receivable.

Debtors' business assets are valued in the petition at $1000 and exempted for that amount. Debtor has approximately $5000 of unused exemptions per the wild card exemption to protect said assets. The assets consist primarily, of small hand tools.

This motion is presented in good faith, at the request of the trustee, and pursuant to guidelines of this Court.

WHEREFORE:

Debtors pray the Court enter an order to compel the trustee to abandon the business and business assets of the debtor, commonly known as Paul Merrick Construction.

Dated this 17th DAY OF March 2010

/s/ Timothy J. Walsh
TIMOTHY J. WALSH
ATTORNEY AT LAW